1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRANCE JAMES BURKE,

11           Petitioner,                    No. CIV S-06-0459 FCD DAD P

12       vs.

13   ROSEANNE CAMPBELL, et al.,

14           Respondents.               <u>ORDER</u>

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the required filing fee.

18           Since petitioner may be entitled to relief if the claimed violations of constitutional

19   rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

20           In accordance with the above, IT IS HEREBY ORDERED that:

21           1.  Respondents are directed to file a response to petitioner's habeas petition

22   within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An

23   answer shall be accompanied by all transcripts and other documents relevant to the issues

24   presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

25           2.  If the response to the habeas petition is an answer, petitioner's reply, if any,

26   shall be filed and served within thirty days after the answer is served;

                                        1

1         3.  If the response to the habeas petition is a motion, petitioner's opposition or

2    statement of non-opposition to respondents' motion shall be filed and served within thirty days

3    after the motion is served, and respondents' reply shall be filed and served within fifteen days

4    thereafter; and

5         4.  The Clerk of the Court shall serve a copy of this order together with a copy of

6    the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 upon Jo Graves, Senior

7    Assistant Attorney General.

8    DATED: March 14, 2006.

9

10

11    _____
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

12    DAD:13:bb
      burk0459.100f

13

14

15

16

17

18

19

20

21

22

23

24

25

26