IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE JAMES BURKE,

    Petitioner,                    No. CIV S-06-0459 FCD DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.           ORDER

_____/

Petitioner has requested a copy of the Local Rules and an extension of time to oppose respondents' motion to dismiss. Good cause appearing, IT IS ORDERED that:

1. Petitioner's March 23, 2006 request for a copy of the Local Rules is granted, and the Clerk of the Court shall send petitioner a copy of the Local Rules with this order.

2. Petitioner's April 24, 2006 request for extension of time is granted.

3. Petitioner's opposition to respondents' motion to dismiss shall be filed with the court and served on respondents' counsel on or before June 12, 2006; respondents' reply shall be filed and served within fifteen days after the opposition is served.

DATED: May 2, 2006.

DAD:13:bb
burk0459.111

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE