IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE JAMES BURKE,

    Petitioner,                    No. CIV S-06-0459 FCD DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.              ORDER

_____/

        Petitioner has requested a second extension of time to file and serve opposition to respondents' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 1, 2006 request for extension of time is granted.

        2. Petitioner's opposition to respondents' motion to dismiss shall be filed and served on or before July 12, 2006; respondents' reply shall be filed and served within fifteen days after the opposition is served.

DATED: June 7, 2006.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
burk0459.111sec