IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRANCE JAMES BURKE,** | CIV S-06-0459 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSEANNE CAMPBELL, et al.,** | |
| Respondents. | |

This Court hereby grants Respondent's December 20, 2006 application for enlargement of time to January 16, 2007, to complete and file Respondents' Objections to Magistrate Judge's Findings and Recommendations.

DATED: December 27, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/burk0459.eotobjs