IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE JAMES BURKE,

     Petitioner,                       No. CIV S-06-0459 FCD DAD P

     vs.

RICHARD SUBIA, Warden, et al.,

     Respondents.             ORDER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On December 11, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Pursuant to an extension of time granted by the magistrate judge on December 27, 2006, respondents filed objections to the findings and recommendations on January 11, 2007.  Petitioner requested an extension of time to February 6, 2007, to file a reply but filed a timely reply on January 25, 2007.  Respondents have requested leave to file an 81-page supplemental appendix to their objections.

/////

1

1  In their objections, respondents have presented arguments fundamentally different

2  from those advanced in their motion to dismiss.  In opposition to respondents' motion, petitioner

3  pointed out respondents' erroneous characterization of the California Supreme Court's denial of

4  his state habeas petition.  Respondents did not file a reply.  Had they done so, they could have

5  corrected their error, rebutted petitioner's contention that his state habeas petitions were properly

6  filed, and challenged petitioner's justification for each delay.  Respondents offered argument

7  addressing these matters for the first time in their objections to findings and recommendations.

8  This is not a case in which a pro se party, ignorant of the law, offered crucial facts

9  and arguments only when he understood what was necessary to defend against a dispositive

10  motion.  Cf. Jones v. Blanas, 393 F.3d 918, 935 (9th Cir. 2004) (district court abused its

11  discretion in failing to consider evidence offered by the pro se plaintiff in objections to the

12  magistrate judge's findings and recommendations where the objections were signed under

13  penalty of perjury and included an explanation of his religious beliefs in opposition to summary

14  judgment); Brown v. Roe, 279 F.3d 742, 745 (9th Cir. 2002) (district court abused its discretion

15  in failing to consider an equitable tolling claim raised by the petitioner for the first time in

16  objections to the magistrate judge's findings and recommendations where the petitioner was

17  proceeding pro se and in forma pauperis, had a third-grade education, was functionally illiterate,

18  and was making a relatively novel claim under a relatively new statute).  The court declines to

19  exercise its discretion to consider respondents' new arguments and supplemental evidence

20  presented for the first time in their objections to findings and recommendations.  See Espinoza-

21  Matthews v. California, 432 F.3d 1021, 1026 n.4 (9th Cir. 2005); United States v. Howell, 231

22  F.3d 615, 621 (9th Cir. 2000).

23  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25  entire file except for new arguments and evidence included in respondents' objections, the court

26  finds the findings and recommendations to be supported by the record and by proper analysis.

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. Respondents' request to substitute Richard Subia, acting warden of Mule

3   Creek State Prison, for Roseanne Campbell is granted, and the Clerk of the Court shall amend

4   the court's docket to reflect the substitution;

5        2. Petitioner's January 18, 2007 request for extension of time is denied is

6   unnecessary;

7        3. Respondents' February 2, 2007 request for leave to file a supplemental

8   appendix to objections is denied;

9        4. The findings and recommendations filed December 11, 2006, are adopted in

10  full;

11       5. Respondents' April 12, 2006 motion to dismiss the petition as barred by the

12  statute of limitations is denied; and

13       6. Respondents are directed to file a response to petitioner's habeas petition

14  within thirty days after this order is filed.

15  DATED: February 15, 2007.

16

17  _____

18  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

3