IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE JAMES BURKE,

    Petitioner,        No. CIV S 06-0459 FCD DAD P

   vs.

RICHARD SUBIA, et al.,

    Respondents.       <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file objections to the October 19, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 6, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections.

DATED: November 15, 2007.

                  /s/ Dale A. Drozd
                  DALE A. DROZD
                  UNITED STATES MAGISTRATE JUDGE

DAD:cm
burk0459.111(1)